

# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| (See attachment) | Civil Action No.  20cv00032-DMS-DEB |
| **Plaintiff,** V. | |
| (See attachment) | **JUDGMENT IN A CIVIL CASE** |
| **Defendant.** | |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

Defendants' motions to dismiss Plaintiffs' First Amended Complaint are granted. Counts 1, 2, and 3 are dismissed with prejudice. Counts 4 and 5 are dismissed without prejudice.

The case is hereby closed.

Date:  9/9/20

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By:  s/ J. Olsen

J. Olsen, Deputy

# United States District Court

**SOUTHERN DISTRICT OF CALIFORNIA**

(ATTACHMENT)

**Civil Action No.** <u>20cv00032-DMS-DEB</u>

Plaintiff(s):

Jonathan Savas; Lauren Ashby; Ethan Balter; Bella Bardeen; Paul Carey; Christian Espinoza; Carter Fenley; Alec Fletes; Moses Haase; Frank Harwood; Jon Hernandez; Cole Heydorff; Jess Hiller; Mackenzie Koepsell; Jennifer Marshall; Andres Mendoza; Kent Mertins; Yuruan Quinones; Joshua Raymond; Brad Rollins; Tristan Traub; Adam Wright, as individuals and on behalf of all others similarly situated; Andrew Cox

v.

Defendant(s):

California State Law Enforcement Agency, a labor organization;
Betty Yee, in her official capacity as State Controller of California;
Xavier Becerra, in his official capacity as Attorney General of California